## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| IN RE: THE ESTATE OF CHARLES L. SMALL | : No. 88 EAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: JUANITA SMALL, AS | : the Order of the Superior Court |
| | : |
| Petitioner | : |
| | : |
| AND ADMINISTRATOR OF THE ESTATE | : |
| OF CHARLES L. SMALL | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by Petitioner, is:

> Pursuant to 20 Pa.C.S.A. § 2106(b)(1), is an adult decedent a "dependent child" where the decedent depended on the support of a parent in order to care for himself?